IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 2:20-CR- |
| v. | § | Judges JRG/RSP |
| | § | |
| TONY GOSS | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One

        Violation: 21 U.S.C. § 841(a)(1)
        (Possession with the Intent to Distribute
        Anabolic Steroids)

On or about August 22, 2019, in the Eastern District of Texas, the defendant, **Tony Goss**, did intentionally and unlawfully possess, with intent to distribute, anabolic steroids, a Schedule III controlled substance,

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(E)(i).

**Information – Page 1**

## **NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

As the result of committing the foregoing offense alleged in this information, the defendant herein shall forfeit to the United States, pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461:

1. any property constituting, or derived from, and proceeds the defendant obtained, directly or indirectly, as the result of such violation; and

2. any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

**Firearms:**

Any and all firearms, ammunition and accessories, including, but not limited to, the following:

(1) Star, .45 caliber handgun serial #2055469
(2) Smith & Wesson 9mm handgun serial #RAT5991
(3) Marlin .45/70 caliber rifle serial #14056023
(4) Kel-Tec .380 caliber handgun serial #H5R71
(5) Mossberg .270 caliber rifle serial #BA202181
(6) Anderson Manufacturing, AM15, multi-caliber rifle, serial #18113232
(7) Glock 9mm handgun serial #UNE710

**Motor Vehicle:**

2016 Ford F-350 bearing VIN 1FT8W3DT4GEA32955

**Cash Proceeds:**

A sum of money equal to $778,200.25 in United States currency and all interest and proceeds traceable thereto, representing the amount of proceeds obtained by the defendant as the result of the offense alleged in Count 1 of the information, for which the defendant is personally liable.

By virtue of the commission of the offense alleged in this information, any and all interest the defendant has in the above-described property is vested in the United States

**Information – Page 2**

and hereby forfeited to the United States pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461.

        STEPHEN J. COX
        UNITED STATES ATTORNEY

        */s/ Jim Noble*
        JIM NOBLE
        Assistant United States Attorney
        Texas Bar Number 15050100
        110 N. College Avenue, Suite 700
        Tyler, Texas 75702
        (903) 590-1442
        James.Noble@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 2:20-CR- |
| v. | § | Judges JRG/RSP |
| | § | |
| TONY GOSS | § | |

## NOTICE OF PENALTY

### Count One

Violation:    21 U.S.C. § 841(a)(1) and (b)(1)(E)(i)

Penalty:    Not more than 10 years' imprisonment, a fine not to exceed $250,000, or both, and a term of supervised release not to exceed 3 years.

Special Assessment:    $100.00

**Information – Page 4**