IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 2:20-CR-___ |
| v. | § | Judges JRG/RSP |
| | § | |
| TONY GOSS | § | |

## FACTUAL BASIS

Investigation by Drug Enforcement Agency and the United States Postal Inspector disclosed the following facts that establish that I, the Defendant, **Tony Goss**, committed the conduct described in Count 1 of the information, which charges a violation of 21 U.S.C. § 841 (Possession with intent to Distribute Anabolic Steroids). I agree that the following factual basis is true and correct:

1. On August 22, 2019, state and federal law enforcement agents executed a lawfully obtained search warrant at 107 Community Blvd, Suite #5, Longview, Harrison County, Texas, in the Eastern District of Texas, which was a commercial premises under my care, custody and control. I knowingly and intentionally possessed all of the following items located on the premises: approximately 5,493 pills or tablets containing anabolic steroids, approximately 4,192 grams of anabolic steroid powder and, approximately 2,960 milliliters of liquid anabolic steroids. Anabolic Steroids are a schedule III controlled substance. I knowingly possessed all of the herein described Anabolic Steroids with the intent to distribute them for commercial profit. I stipulate that I am personally responsible for the distribution of, and/or possession with intent to distribute, at least 176,585 dosage units of anabolic steroids and that I distributed anabolic steroids through mass-marketing by means of an interactive computer service.

2. I acknowledge that such acts constitute a violation of 21 U.S.C. § 841, Possession

Factual Basis - 1

with Intent to Distribute Anabolic Steroids.

3. I hereby stipulate that the facts described above are true and correct and I accept them as the uncontroverted facts of this case.

Dated: 9/01/20

TONY GOSS
Defendant

### Defendant's counsel's signature and acknowledgment:

I have read this Factual Basis and the Plea Agreement in this matter and have reviewed them with my client, Tony Goss. Based upon my discussions with my client, I am satisfied that he understands the terms and effects of the Factual Basis and the Plea Agreement and that he is signing this Factual Basis voluntarily.

Dated: 9/1/20

JASON CASSEL
Attorney for Defendant

Factual Basis - 2